UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO._____

AGRI COMMODITY TRADE, LLC, a
Florida limited liability company,

    Plaintiff,

v.

ANTONIO GOMEZ, an individual,

    Defendant.
_____/

## DEFENDANT'S, ANTONIO GOMEZ, NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, **ANTONIO GOMEZ** ("**Gomez**") gives notice that it is removing the action styled Agri Commodity Trade, LLC v. Antonio Gomez, Case No. 13-06637 CA 11, currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. Removal is appropriate because there is diversity of citizenship and the amount in controversy exceeds $75,000.

### THE STATE COURT ACTION

1. On or about February 21, 2013, plaintiff commenced a civil action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida as Case No. 10-62770 CA 23. [See Compl. attached as Exhibit 1].

2. Gomez was served on February 28, 2013. [Exh. 2].

### THE PARTIES

3. Plaintiff, AGRI COMMODITY TRADE, LLC is Florida limited liability company with its principal place of business in Miami Dade, Florida. [Exh. 1, Compl. at ¶ 1].

4. Defendant Gomez is an individual residing in Maracay, Venezuela Id. at ¶ 2; see

also, Affidavit of Antonio Gomez attached as Exh 3.

## GROUNDS FOR REMOVAL

**Diversity Jurisdiction**

5. Removal is proper pursuant to 28 U.S.C. § 1441 because this Court has jurisdiction under 28 U.S.C. § 1332(a)(2).  As set forth in more detail below, the parties are a citizen of a states and a subject of a foreign state and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

    **A.**    **Diversity of Citizenship**

6. At the time of the filing of the state court action, at the time of removal, and at all times in between, Plaintiff was and remains a Florida limited liability company.  Id. at ¶ 1.  For purposes of diversity jurisdiction, a limited liability company is a citizen of each state in which a member of the company is a citizen.  See Rolling Greens Mhp v. Comcast Sch Holdings, 374 F.3d 1020, 1022 (11th Cir. 2004).  At the time of the filing of the state court action, at the time of removal, and at all times in between, Plaintiff did not and does not have any members that were not or are not citizens of Florida.  [Exh. 4].

7. At the time of the filing of the state court action, at the time of removal, and at all times in between, Defendant, Gomez, was and remains an individual residing in Caracas Venezuela.  [Exh. 3].  Defendant Gomez is not lawfully admitted for permanent residence in the United States.  Id.

    **B.**    **Amount in Controversy**

8. While the precise amount sought in the complaint is unclear, Plaintiff states the transaction underlying this matter was for the amount of $4,110,332.00  Id. at ¶ 8.  Thus, based on Plaintiff's own representations, the $75,000 amount in controversy requirement for diversity pursuant to 28 U.S.C. § 1332(a) is satisfied.

## OTHER PROCEDURAL REQUIREMENTS

9. Venue for the purposes of removal is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1441(a) because the Circuit Court of Miami-Dade County, Florida is

within the Southern District of Florida.

10. This notice of removal is filed within the thirty-day period set forth in 28 U.S.C. § 1446(b). Gomez was served on February 28, 2013. See [Exh. 2].

11. Gomez has attached as Exhibit 5 all process, pleadings and orders served on him in the state court action, as required by 28 U.S.C. § 1446(a).

12. Written notice of the filing of this notice of removal will be promptly served upon the plaintiff, and a true copy of this notice of removal and the accompanying documents will be filed with the Clerk of the state court, as required by 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal, without attachments, is attached as Exhibit 6.

WHEREFORE, Defendant, **ANTONIO GOMEZ** respectfully7 requests that the action styled Agri Commodity Trade, LLC v. Antonio Gomez, Case No. 13-06637 CA 11, currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida be removed to this Court. Defendant, **ANTONIO GOMEZ** also requests that this Court accept jurisdiction of this action, place this action upon the docket of this Court for further proceedings, as if the action originally had been instituted in this Court, and make such further orders as are just and equitable.

Dated: April 1, 2013

Respectfully submitted,

**ARNSTEIN & LEHR LLP**
Counsel for Antonio Gomez
200 S. Biscayne Blvd., Suite 3600
Miami, Florida 33131
Telephone:   305-374-3330
Facsimile:    305-374-4744
E-Mail:        jbshapiro@arnstein.com
E-Mail:        hpiloto@arnstein.com

By:    /s/Hilda Piloto
         Jeffrey B. Shapiro
         Florida Bar No. 484113
         Hilda Piloto
         Florida Bar No. 0154120

## CERTIFICATE OF SERVICE

WE CERTIFY that a true and correct copy of the foregoing was electronically filed this 1st day of April, 2013 with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by CM/ECF to the party on the attached service list or in some other authorized manner for those counsel and/or parties in interest who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Hilda Piloto
Hilda Piloto

## **SERVICE LIST**

*Agri Commodity Trade, LLC v. Antonio Gomez*

| | |
|---|---|
| Attorney Name: | Miguel Armeteros |
| Attorney E-Mail Address: | Miguel@pbyalaw.com |
| Firm Name: | Perlman, Bajandas, Yeboli & Albright, P.L. |
| Street Address: | 1000 Brickell Avenue, Suite 600 |
| City: | Miami |
| State: | Florida |
| Zip Code: | 33131 |
| Telephone Number: | 305-377-0086 |
| Facsimile | 305-377-0781 |
| Attorneys For: | Plaintiff |
| Method of Service: | Electronic Mail |